FILED

AUG 2 0 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MIGUEL VIVAS-GALLEGOS,<br><br>    Defendant. | Case No. 13CR2925-GT<br><br>**ORDER FOR CRIMINAL HISTORY REPORT** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the United States Probation Office prepare a criminal history report for Mr. Vivas-Gallegos. This report is due no later than six weeks from the date of this order.

**IT IS SO ORDERED.**

DATED: 8/20/13

                                              **HONORABLE GORDON THOMPSON, JR.**
                                              United States District Judge

*cc: U.S. Probation*